**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-2162**

―――――――――

WENDY C. EATON,

                                        Plaintiff - Appellant,

        versus

NATIONAL BROADCASTING COMPANY, INCORPORATED;
THE WB NETWORK,

                                        Defendants - Appellees,

        and

WITT/THOMAS PRODUCTIONS; JIM VALLELY; JONATHAN
SCHMOCK; WALT DISNEY COMPANY, INCORPORATED;
TIME WARNER, INCORPORATED; BUENA VISTA TELE-
VISION; WALT DISNEY PICTURES AND TELEVISION,

                                        Defendants.

―――――――――

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-97-73-A)

―――――――――

Submitted:  May 14, 1998          Decided:  May 21, 1998

―――――――――

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

Wendy C. Eaton, Appellant Pro Se.  Jay Ward Brown, Michael Dennis Sullivan, LEVINE, PIERSON, SULLIVAN & KOCH, L.L.P., Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing her copyright infringement action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Eaton v. NBC, No. CA-97-73-A (E.D. Va. Aug. 6, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED